UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ROWEN SEIBEL, *individually and derivatively on behalf of* RARE PARTNERSHIP LLC,

                          Plaintiff,

v.

JUDE JEFFREY FREDERICK, JENNIFER FREDERICK, ELITE BRAND HOSPITALITY LLC, TECHNOLOGY, ACCOUNTING & BUSINESS SERVICES, INC., and LV QUALITY HOME RENTALS LLC,

                          Defendants,

and

RARE PARTNERSHIP LLC,

                          Nominal Defendant.

------------------------------------------------------------

20 Civ. 2603 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

      The Court has reviewed plaintiff Rowen Seibel's proposed order to show cause, Dkt. 13, requesting a temporary restraining order against defendants. The Court seeks a response from defendants, who have not yet been served or filed a notice of appearance, by Wednesday, April 1, 2020, at 5 p.m., as well as a reply from Seibel, by Friday, April 3, 2020, at 5 p.m. Accordingly, the Court directs counsel for plaintiff to serve this order via email to defendants and their counsel in the related New York state court action, and to file an affidavit of service on the docket of this case, forthwith, and in any event, by the end of the day. For avoidance of doubt, the Court has not entered the proposed temporary restraining order, and will not determine whether or not to do so until the above-requested briefs are received.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: March 27, 2020
New York, New York